IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AVERY DARBEY,** | Case No. C 09-01571 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until April 26, 2010, to file his Answer to the Petition for Writ of Habeas Corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 60 days of his receipt of the Answer.

Dated: 2/17/10

SAUNDRA B. ARMSTRONG
United States District Judge

1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | FOR THE |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

AVERY DARBEY,

        Plaintiff,

  v.

JAMES WALKER et al,

        Defendant.

                              Case Number: CV09-01571 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avery M. Darbey T-39009
California State Prison - Sacramento
P.O. Box 29-0066
Represa, CA 95671

Dated: February 25, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk