**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVERY DARBEY,

    Petitioner,

 v.

JAMES WALKER, Warden,

    Respondent.
                         /

No. C 09-01571 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse on or before September 18, 2010.

    This Order terminates Docket no. 12.

    IT IS SO ORDERED.

DATED: 9/7/10

                                              SAUNDRA BROWN ARMSTRONG
                                              UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Darbey.EOT-Traverse.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AVERY DARBEY,

        Plaintiff,

v.

JAMES WALKER et al,

        Defendant.

Case Number: CV09-01571 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avery M. Darbey T-39009
California State Prison - Sacramento
P.O. Box 29-0066
Represa, CA 95671

Dated: September 9, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk