IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY DARBEY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES WALKER, Warden,<br><br>　　　　Respondent.　　　　　　　　　　／ | No. C 09-01571 SBA (PR)<br><br>**ORDER GRANTING SECOND**<br>**REQUEST FOR EXTENSION OF TIME**<br>**FOR PETITIONER TO FILE TRAVERSE** |

　　　Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **November 22, 2010.**

　　　This Order terminates Docket no. 14 .

　　　IT IS SO ORDERED.

DATED: 10/18/10　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Darbey1571.EOT-Traverse2.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AVERY DARBEY,

        Plaintiff,

  v.

JAMES WALKER et al,

        Defendant.

Case Number: CV09-01571 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avery M. Darbey T-39009
California State Prison - Sacramento
P.O. Box 29-0066
Represa, CA 95671

Dated: October 18, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk