**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY M. DARBEY, | No. C 09-1571 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | |
| _____ / | |
| AVERY M. DARBEY, | No. C 09-1572 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | |
| _____ / | |

Judgments are hereby entered in both cases against Petitioner and in favor of Respondents. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 9/28/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  AVERY DARBEY,                                     Case Number: CV09-01571 SBA

            Plaintiff,
5                                                    **CERTIFICATE OF SERVICE**

     v.
6

7  JAMES WALKER et al,

            Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on October 15, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Avery M. Darbey T-39009
   Salinas Valley State Prison
16 C-Facility #215
   P.O. Box 1050
17 Soledad, CA 93960-1060

18
   Dated: October 15, 2012
19                                                   Richard W. Wieking, Clerk
                                                     By: Lisa Clark, Deputy Clerk
20

21

22

23

24

25

26

27

28