UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AVERY DARBEY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JAMES WALKER,<br><br>　　　　Respondent. | Case No: C 09-1571 SBA (pr)<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME TO FILE CERTIFICATE OF APPEALIBILITY AND DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Dkt. 28, 30 |

　　　　On September 28, 2012, the Court denied Petitioner's petition for a writ of habeas corpus and declined to issue a certificate of appealibility (COA). Dkt. 24. On November 29, 2012, Petitioner filed a notice of appeal, a motion for an extension of time to request a COA before the Ninth Circuit, and a motion for appointment of counsel. Dkt. 27, 28, 30.

　　　　With regard to Petitioner's first request, Petitioner's notice of appeal acts as a request for a COA, and therefore, he need not take any further action to protect his appellate rights. See Fed. R. App. P. 22(b)(2). Therefore, Petitioner's request for an extension of time to submit a COA request to the Ninth Circuit is DENIED as moot.

　　　　As to Petitioner's request for appellate counsel, the Court notes that there is no right to counsel in in habeas corpus actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986). Under 18 U.S.C. § 3006A(a)(2)(B), however, a district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. The decision to appoint counsel is within the discretion of the district court. See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir.1986); Knaubert, 791 F.2d at 728. Here, Petitioner's claims are typical of those that arise in habeas actions and are not especially complex. This is not an

1 | exceptional case that would warrant representation on federal habeas review.  Accordingly, Petitioner's request for appointment of counsel on appeal is DENIED.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. Petitioner's motion for an extension of time to file his COA before the Ninth Circuit is DENIED as moot.

2. Petitioner's motion for appointment of counsel is DENIED.

3. This Order terminates Docket 28 and 30.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AVERY DARBEY,

       Plaintiff,

 v.

JAMES WALKER et al,

       Defendant.
_____/

Case Number: CV09-01571 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avery M. Darbey T-39009
Salinas Valley State Prison
C-Facility #215
P.O. Box 1050
Soledad, CA 93960-1060

Dated: February 22, 2013

                                    Richard W. Wieking, Clerk

                                            By: Lisa Clark, Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15   G:\PRO-SE\SBA\HC.09\09-1571 - Darbey - Order re Ext of Time.docx
16
17
18
19
20
21
22
23
24
25
26
27
28